UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Ibarra,                                                                Civil No. 04-3982 (DWF/RLE)

                Petitioner,

v.                                                                                           **ORDER**

Lisa J.W. Hollingsworth, Warden,
FCI-Sandstone, Minnesota,

                Respondent.

---

David Ibarra, *Pro Se*, #65174-065, Petitioner.

Lisagaye A. Biersay, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

---

       Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

       **ORDERED:**

       That the Petitioner's Application for Habeas Corpus Relief under Title 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**.


Dated: June 6, 2005                                     s/Donovan W. Frank
                                                           DONOVAN W. FRANK
                                                           Judge of United States District Court